# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALES K. OLANIYI,<br>　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT WILKE, Secretary of Veterans Affairs,<br>　　　Defendant. | CV 17-00932 DSF (PJWx)<br><br>JUDGMENT |

The Court having granted summary judgment in favor of Defendant Robert Wilkie and having dismissed the claims against all other Defendants,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 26, 2019　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge